ACCEPTED
01-14-00914-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 4:56:13 PM
CHRISTOPHER PRINE
CLERK

# TWOMEY|MAY, P.L.L.C.

### Attorneys at Law

**George F. May**
george@twomeymay.com

TWOMEY | MAY, P.L.L.C.
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 – Telephone
(832) 201-8485 – Telecopier

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/9/2015 4:56:13 PM

CHRISTOPHER A. PRINE
Clerk

July 9, 2015

Christopher Prine                    *Via E-File*
Clerk of The Court
Court of Appeals First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

**RE:**    **Case No. 01-14-00914-CV;** *Jay Cohen v. Midtown Management District and Greater Southwest Management District and Harris Count, the Harris County Department of Education, The Port of Houston Authority of Harris County, The Harris County Flood Control District, The Harris County, The Harris County Hospital District;* **In the Court of Appeals for the First District of Texas.**

Dear Mr. Prine:

Although the reporter's record was requested by Appellant, the deposit for same paid by Appellant, the court reporter prepared the record, and final payment was promptly made by Appellant, the reporter's record has not been filed with the Court of Appeals.

Attached please find: (1) Appellant's request for the reporter's record, (2) a copy of Appellant counsel's check no. 1376 for the requested deposit, (3) the court reporter's final invoice, (4) a copy of Appellant's counsel's check for the $31.00 balance due, and (5) the court reporter's record delivered by the court reporter to Appellant's counsel on January 28, 20115.

Appellant's counsel has attempted to contact the court reporter today to note that the reporter's record was delivered to counsel but inadvertently not filed by the court reporter with the Court of Appeals. The reporter's record will be filed as soon as counsel is able to reach the court reporter to correct the oversight.

Very truly yours,

*/s/ George F. May/*

George F. May

Counsel for Appellant

Cc:    Edward "Nick" Nicholas, *via email:* nick.nicholas@lgbs.com
       Jason Bailey, *via email:* jbailey@pbfcm.com

# EXHIBIT 1
# REQUEST FOR
# REPORTER'S RECORD

NO. 2013-16814

| | | |
|---|---|---|
| MIDTOWN MANAGEMENT DISTRICT, and GREATER SOUTHWEST MANAGEMENT DISTRICT, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| and HARRIS COUNTY, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, THE CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, AND HOUSTON COMMUNITY COLLEGE SYSTEM, | § § § § § § § § § § § | HARRIS COUNTY, TEXAS 133RD JUDICIAL DISTRICT |
| Intervenors | § § | |
| v. | § § | |
| JAY COHEN, | § § | |
| Defendant | § | |

## REQUEST FOR REPORTER'S RECORD

TO THE HONORABLE COURT:

COME NOW Defendant Jay Cohen, pursuant to Rule 34.6 of the Texas Rule of Appellate Procedure, respectfully requests that the Official Court Reporter of the District Court prepare the transcription of all trial proceedings that were stenographically recorded together with all Exhibits.

Defendant will, after the filing of this Request and forwarding of same to the Court Reporter, arrange for payment of the deposit and costs for preparing the transcript pursuant to this Request.

Respectfully submitted,

TWOMEY | MAY, PLLC

*/s/ George F. May/*

George F. May
State Bar No. 24037050
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 Telephone
(832) 201-8485 Facsimile
george@twomeymay.com

Attorneys for Defendant Jay Cohen

# CERTIFICATE OF SERVICE

I, Larry A. Vick, hereby certify that a true and correct copy of the above and foregoing instruments have been forwarded to all parties and/or counsel of record, pursuant to Rules 21 and 21a, Tex. R. Civ. P., on this 27th day of January, 2015.

Pankaj R. Parmar
Angelica M. Hernandez
Linebarger, Goggan, Blair & Sampson, L.L.P.
1300 Main Street, Ste 300
Houston, Texas 77002
(713) 844-3501 Fax
Attorneys for Intervenors

By (check all that apply)
☐ personal delivery
☐ mail
☐ commercial delivery service
☒ fax, email, or electronic service

Jason L. Bailey
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1429 Fax
Attorneys for Plaintiffs

By (check all that apply)
☐ personal delivery
☐ mail
☐ commercial delivery service
☒ fax, email, or electronic service

*/s/ George F. May/*
George F. May

Date: January 27, 2015

3

# EXHIBIT 2

## PROOF OF PAYMENT OF DEPOSIT FOR REPORTER'S RECORD

**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | | Account Number |
|---|---|---|---|---|
| 1376 | 01/28/15 | $100.00 | SMALL BUSINESS CHECKING | |



# EXHIBIT 3
# REPORTER'S FINAL INVOICE

**DARLENE STEIN**
**OFFICIAL COURT REPORTER**
**133RD DISTRICT COURT**
**201 Caroline, 11th Floor**
**HOUSTON, TEXAS 77002**


**January 28, 2015**


**Mr. George May**
**2 Riverway, 15th Floor**
**Houston, Texas 77056**

_____

**I N V O I C E**
_____


 **Trial - November 13, 2013**


                **Cause No. 2013-16814**
                **Midtown Management District, et al**
                **and Harris County, The Harris County**
                **Department of Education,et al vs. Jay Cohen**




 **TOTAL      -   $131.00**
 **DEPOSIT    -   $100.00**
 **BALANCE    -   $ 31.00**


**THANK YOU !**

# EXHIBIT 4

## PROOF OF PAYMENT OF REPORTER'S FINAL INVOICE

**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | | Account Number | |
|---|---|---|---|---|---|
| 1379 | 02/18/15 | $31.00 | SMALL BUSINESS CHECKING | | |



🏠 Equal Housing Lender

© 1995 - 2015 Wells Fargo. All rights reserved

# EXHIBIT 5

# REPORTER'S RECORD

**REPORTER'S RECORD**
**VOLUME 1 OF 2 VOLUMES**
**TRIAL COURT CAUSE NO. 2013-16814**

| | |
|---|---|
| MIDTOWN MANAGEMENT DISTRICT( | IN THE DISTRICT COURT OF |
| AND GREATER SOUTHWEST ( | |
| MANAGEMENT DISTRICT ( | |
|     Plaintiffs ( | |
| and HARRIS COUNTY, THE HARRIS | |
| COUNTY DEPARTMENT OF ( | |
| EDUCATION, THE PORT OF ( | |
| HOUSTON AUTHORITY OF HARRIS( | |
| COUNTY, THE HARRIS COUNTY ( | HARRIS COUNTY, TEXAS |
| FLOOD CONTROL DISTRICT, THE( | |
| HARRIS COUNTY HOSPITAL ( | |
| DISTRICT, THE CITY OF ( | |
| HOUSTON, HOUSTON INDEPENDENT | |
| SCHOOL DISTRICT, AND HOUSTON | |
| COMMUNITY COLLEGE SYSTEM ( | |
|     Intervenors ( | |
| v. ( | |
| JAY COHEN ( | |
|     Defendant ( | 133rd JUDICIAL DISTRICT |

_____

**FINAL TRIAL**

_____

On the 15th day of November, 2013, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable JACLANEL McFARLAND, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

**DARLENE STEIN**
**OFFICIAL COURT REPORTER**
**133RD DISTRICT COURT**
**HARRIS COUNTY, TEXAS**

**APPEARANCES**

**Ms. Yolanda M. Humphrey**
SBN 24009764
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone:  (713) 862-1429 (Fax)
Attorney for Plaintiffs


**Ms. Angelica M. Hernandez**
SBN 00797872
**Linebarger, Goggan, Blair & Sampson,** L.L.P.
1300 Main Street, Suite 300
Houston, Texas 77002
Telephone:  (713) 844-3501
Attorney for Intervenors

## EXHIBITS OFFERED BY THE PLAINTIFF

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Tax Statements | 5 | 5 | 1 |

## EXHIBITS OFFERED BY THE INTERVENORS

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Affidavit | 5 | 5 | 1 |

**(P R O C E E D I N G S)**

*THE COURT:* The court calls cause number 2013-16814, Greater Southwest Management District vs. Jay H. Cohen.

If you will announce who you are and who you represent.

*MS. HUMPHREY:* Yolanda Humphrey and I'm here on behalf of Plaintiffs.

*MS. HERNANDEZ:* Angelica Hernandez on behalf of the Intervenors, Harris County and County Wide Jurisdiction, City of Houston, Houston Community College System and Houston Independent School District.

*THE COURT:* I call Mr. Cohen. Are you in the courtroom?

Deputy, have you gone out and called his name in the hall? Any answer?

*BAILIFF:* No answer, Judge.

*THE COURT:* Okay. Let the record reflect that Jay H. Cohen has previously filed an answer in this cause and has been given notice of the trial date and he does not appear to be in the courtroom or in the courthouse since the bailiff has gone out and called his name outside of the courtroom and in the courthouse. So he has failed to appear in court.

You may proceed, counsel.

*MS. HUMPHREY:* My name is Yolanda Humphrey. I have certified delinquent tax statements that have been marked Exhibit A and Exhibit B that I would like to offer into evidence on behalf of the Plaintiffs.

*THE COURT:* Any objection?

*MS. HERNANDEZ:* No objection, Judge.

*THE COURT:* They are admitted.

(Exhibits A and B were marked and admitted in evidence.)

*MS. HUMPHREY:* Thank you, Your Honor.

*MS. HERNANDEZ:* On behalf of the Intervenors, I'm offering into evidence 1, 2, 3 -- 5 certified tax statements marked as Harris County Exhibit A and one document marked as Harris County Exhibit B. We seek to recoup all past due taxes, penalties, interest, and delinquent city liens.

*THE COURT:* Any objection?

*MS. HUMPHREY:* No objection, Your Honor.

*THE COURT:* They are admitted.

(Harris County Exhibits A and B were offered and admitted into evidence.)

*THE COURT:* Judgment for Plaintiffs.

*MS. HUMPHREY:* May I be excused?

THE COURT: You're excused. Have a good weekend.

(Proceedings concluded.)

STATE OF TEXAS

COUNTY OF HARRIS

I, DARLENE STEIN, Official Court Reporter in and for the 133rd District Court of Harris, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $131.00 and was paid by Mr. George F. May.

/s/Darlene Stein_____
DARLENE STEIN, CSR
Texas CSR 2557
Official Court Reporter
133rd District Court
Harris County, Texas
201 Caroline, 11th Floor
Houston, Texas 77002
Telephone: (713) 368-6402
Expiration: 12/31/2016

DARLENE STEIN

REPORTER'S RECORD
VOLUME 2 OF 2 VOLUMES
TRIAL COURT CAUSE NO. 2013-16814

| MIDTOWN MANAGEMENT DISTRICT( | IN THE DISTRICT COURT OF |
|---|---|
| AND GREATER SOUTHWEST ( | |
| MANAGEMENT DISTRICT ( | |
|    Plaintiffs ( | |
| and HARRIS COUNTY, THE HARRIS | |
| COUNTY DEPARTMENT OF ( | |
| EDUCATION, THE PORT OF ( | |
| HOUSTON AUTHORITY OF HARRIS( | |
| COUNTY, THE HARRIS COUNTY ( | HARRIS COUNTY, TEXAS |
| FLOOD CONTROL DISTRICT, THE( | |
| HARRIS COUNTY HOSPITAL ( | |
| DISTRICT, THE CITY OF ( | |
| HOUSTON, HOUSTON INDEPENDENT | |
| SCHOOL DISTRICT, AND HOUSTON | |
| COMMUNITY COLLEGE SYSTEM ( | |
|    Intervenors ( | |
| v. ( | |
| JAY COHEN ( | |
|    Defendant ( | 133rd JUDICIAL DISTRICT |

_____

PLAINTIFF'S/INTERVENOR'S

_____

On the 15th day of November, 2013, the

following proceedings came on to be held in the

above-titled and numbered cause before the Honorable

JACLANEL McFARLAND, Judge Presiding, held in Houston,

Harris County, Texas.

Proceedings reported by computerized stenotype

machine.

DARLENE STEIN
OFFICIAL COURT REPORTER
133RD DISTRICT COURT
HARRIS COUNTY, TEXAS

DARLENE STEIN

**APPEARANCES**

**Ms. Yolanda M. Humphrey**
SBN 24009764
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone:   (713) 862-1429 (Fax)
Attorney for Plaintiffs


**Ms. Angelica M. Hernandez**
SBN 00797872
**Linebarger, Goggan, Blair & Sampson,** L.L.P.
1300 Main Street, Suite 300
Houston, Texas 77002
Telephone:   (713) 844-3501
Attorney for Intervenors

**EXHIBITS OFFERED BY THE PLAINTIFF**

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Tax Statements | 5 | 5 | 1 |

**EXHIBITS OFFERED BY THE INTERVENORS**

| EXHIBIT | DESRIPTION | OFFERED | ADMITTED | VOL. |
|---------|------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Affidavit | 5 | 5 | 1 |

DARLENE STEIN

Plaintiff's Exhibit A

EXHIBIT

G+ Southeast Mgt Dst
2013-16814

# CERTIFICATION OF DELINQUENT TAX RECORDS

My name is Kenneth Byrd, I am the Tax Assessor/Collector for the following tax units located in _____Harris_____ County, Texas. I collect the property taxes for __G+ Southeast Mgt Dst__, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed this the __28__ day of _____October_____, 2013.

Kenneth Byrd, Tax Assessor/Collector for

__G+ Southeast Mgt Dst__

By _____

☐ Tax Collector ☐ Deputy

# Assessment Statement

## Greater Southeast Management District

P.O. BOX 73109
HOUSTON, TX 77273
Telephone: (281) 444-3946

COHEN JAY H
PO BOX 981002
HOUSTON, TX 77098

Taxpayer ID: 87475

| | ASMT Year | ASMT Due | P and I | Total Due |
|---|---|---|---|---|
| **GREATER SOUTHEAST MANAGEMENT DISTRICT** | | | | |
| Legal: LT 10 BLK 6    HOLMAN OUTLOT 658262005001C<br>GEO Code: 0192680000010    Client Property Code: 860192680000010 | | | | |
| | 2004 | $15.82 | $23.84 | $39.66 |
| | 2005 | $17.40 | $25.61 | $43.01 |
| | 2006 | $19.14 | $25.42 | $44.56 |
| | 2007 | $21.05 | $24.92 | $45.97 |
| | 2008 | $34.50 | $35.88 | $70.38 |
| | 2009 | $34.50 | $30.91 | $65.41 |
| | 2010 | $37.38 | $28.10 | $65.48 |
| | 2011 | $37.38 | $22.73 | $60.11 |
| | 2012 | $43.13 | $20.01 | $63.14 |
| Legal: LTS 9 & 10 BLK 1    SMITH FURNITURE CO SEC 2<br>GEO Code: 0192030010009    Client Property Code: 860192030010009 | | | | |
| | 2004 | $17.79 | $26.81 | $44.60 |
| | 2005 | $19.57 | $28.80 | $48.37 |
| | 2006 | $21.53 | $28.59 | $50.12 |
| | 2007 | $23.68 | $28.04 | $51.72 |
| | 2008 | $35.94 | $37.38 | $73.32 |
| | 2009 | $50.31 | $45.08 | $95.39 |
| | 2010 | $52.11 | $39.19 | $91.30 |
| | 2011 | $52.11 | $31.69 | $83.80 |
| | 2012 | $64.69 | $30.01 | $94.70 |
| Legal: TRS 8 9B   11D BLK 428    SSBB0000000000U<br>GEO Code: 0021460000008    Client Property Code: 860021460000008 | | | | |
| | 2012 | $69.00 | $32.02 | $101.02 |
| Legal: LT 3 BLK 34    WASHINGTON TERRACE<br>GEO Code: 0611680340003    Client Property Code: 860611680340003 | | | | |
| | 2006 | $10.16 | $13.49 | $23.65 |
| | 2007 | $20.91 | $24.76 | $45.67 |
| | 2008 | $36.23 | $37.68 | $73.91 |
| | 2009 | $36.23 | $32.46 | $68.69 |
| GREATER SOUTHEAST MANAGEMENT DISTRICT TOTAL --> | | | | $1,443.98 |

*Total If Paid By 11/30/2013*   $1,443.98

Plaintiff's Exhibit B

EXHIBIT
Midtown Mgt Dst
2013-16814

# CERTIFICATION OF DELINQUENT TAX RECORDS

My name is Kenneth Byrd. I am the Tax Assessor/Collector for the following tax units located in ___Harris___ County, Texas. I collect the property taxes for __Midtown Mgt Dst__, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed this the __28__ day of __October__, 2013.

Kenneth Byrd, Tax Assessor/Collector for
__Midtown Mgt Dst__

By _____
☐ Tax Collector ☐ Deputy



# Assessment Statement

## Midtown Management District
P.O. BOX 73109
HOUSTON, TX 77273
Telephone: (281) 444-3946

COHEN JAY H
PO BOX 981002
HOUSTON, TX 77098

Taxpayer ID: 87475

| | ASMT Year | ASMT Due | P and I | Total Due |
|---|---|---|---|---|
| MIDTOWN MANAGEMENT DISTRICT | | | | |
| Legal: LTS 6 7 TRS 8A 12 BLK 6 (001*TR 15)HOLMAN OUTLOT 40<br>GEO Code: 0191900000006    Client Property Code: 810191900000006 | | | | |
| | 2005 | $129.97 | $191.32 | $321.29 |
| | 2006 | $237.05 | $314.81 | $551.86 |
| | 2007 | $328.23 | $388.63 | $716.86 |
| | 2008 | $419.39 | $436.16 | $855.55 |
| | 2009 | $108.56 | $97.26 | $205.82 |
| | 2011 | $29.53 | $17.95 | $47.48 |
| | 2012 | $565.27 | $262.29 | $827.56 |
| MIDTOWN MANAGEMENT DISTRICT TOTAL --> | | | | $3,526.42 |

*Total If Paid By 11/30/2013*   $3,526.42



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

# HARRIS COUNTY
# EXHIBIT A

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**

LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Account No: 002-146-000-0008**

As of Date: 11/01/2013    APPR. DIST#: 0021460000008
Cause No : 2013-16814 Suit 2010-06881 Jud

Legal Acres:    .2511
Parcel Address:  2113 BASTROP ST
Print Date:    11/01/2013    Printed By: LBCSOMOZA
**2013 Value:**    $79,454

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2008 | $136,000 | 1 | $729.83 | $759.02 | $0.00 | $1,488.85 |
| | | 40 | $245.61 | $255.44 | $0.00 | $501.05 |
| | | 41 | $19.46 | $20.24 | $0.00 | $39.70 |
| | | 42 | $11.19 | $11.63 | $0.00 | $22.82 |
| | | 43 | $121.25 | $126.11 | $0.00 | $247.36 |
| | | 44 | $3.69 | $3.83 | $0.00 | $7.52 |
| | | 48 | $58.33 | $60.66 | $0.00 | $118.99 |
| | | 61 | $403.02 | $419.14 | $0.00 | $822.16 |
| **Subtotals for 2008:** | | | **$1,592.38** | **$1,656.07** | **$0.00** | **$3,248.45** |
| 2009 | $38,750 | 1 | $99.02 | $88.72 | $0.00 | $187.74 |
| | | 40 | $33.57 | $30.08 | $0.00 | $63.65 |
| | | 41 | $2.50 | $2.24 | $0.00 | $4.74 |
| | | 42 | $1.40 | $1.25 | $0.00 | $2.65 |
| | | 43 | $16.45 | $14.74 | $0.00 | $31.19 |
| | | 44 | $0.51 | $0.46 | $0.00 | $0.97 |
| | | 48 | $7.90 | $7.08 | $0.00 | $14.98 |
| | | 61 | $54.68 | $48.99 | $0.00 | $103.67 |
| **Subtotals for 2009:** | | | **$216.03** | **$193.56** | **$0.00** | **$409.59** |
| 2011 | $60,000 | 1 | $245.79 | $149.44 | $0.00 | $395.23 |
| | | 40 | $83.12 | $50.54 | $0.00 | $133.66 |
| | | 41 | $5.97 | $3.63 | $0.00 | $9.60 |
| | | 42 | $3.95 | $2.40 | $0.00 | $6.35 |
| | | 43 | $40.84 | $24.84 | $0.00 | $65.68 |
| | | 44 | $1.40 | $0.86 | $0.00 | $2.26 |
| | | 48 | $20.66 | $12.56 | $0.00 | $33.22 |
| | | 61 | $135.74 | $82.53 | $0.00 | $218.27 |
| **Subtotals for 2011:** | | | **$537.47** | **$326.80** | **$0.00** | **$864.27** |
| 2012 | $60,000 | 1 | $511.09 | $237.15 | $0.00 | $748.24 |
| | | 40 | $176.84 | $82.05 | $0.00 | $258.89 |
| | | 41 | $12.41 | $5.76 | $0.00 | $18.17 |
| | | 42 | $8.62 | $4.00 | $0.00 | $12.62 |
| | | 43 | $80.49 | $37.35 | $0.00 | $117.84 |
| | | 44 | $2.92 | $1.35 | $0.00 | $4.27 |



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**
LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Legal Acres:** .2511
**Account No: 002-146-000-0008**
**Parcel Address:** 2113 BASTROP ST
**As of Date:** 11/01/2013   **APPR. DIST#:** 0021460000008
**Print Date:** 11/01/2013   **Printed By:** LBCSOMOZA
**Cause No:** 2013-16814 Suit 2010-06881 Jud
**2013 Value:** $79,454

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2012 | | 48 | $42.93 | $19.91 | $0.00 | $62.84 |
| | | 61 | $282.23 | $130.95 | $0.00 | $413.18 |
| **Subtotals for 2012:** | | | **$1,117.53** | **$518.52** | **$0.00** | **$1,636.05** |
| **TOTAL AMOUNT DUE:** | | | **$3,463.41** | **$2,694.95** | **$0.00** | **$6,158.36** |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |

| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|-----------|--------------|----------------------|-----------------|-------|
| 1 | $1,585.73 | $1,234.33 | $0.00 | $2,820.06 |
| 40 | $539.14 | $418.11 | $0.00 | $957.25 |
| 41 | $40.34 | $31.87 | $0.00 | $72.21 |
| 42 | $25.16 | $19.28 | $0.00 | $44.44 |
| 43 | $259.03 | $203.04 | $0.00 | $462.07 |
| 44 | $8.52 | $6.50 | $0.00 | $15.02 |
| CW Total 40 - 44 | $872.19 | $678.80 | $0.00 | $1,550.99 |
| 48 | $129.82 | $100.21 | $0.00 | $230.03 |
| 61 | $875.67 | $681.61 | $0.00 | $1,557.28 |
| **TOTAL AMOUNT DUE:** | **$3,463.41** | **$2,694.95** | **$0.00** | **$6,158.36** |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**

LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Legal Acres:**      .2511

**Account No: 002-146-000-0008**

As of Date:   11/01/2013      APPR. DIST#: 0021460000008
Cause No :  2013-16814 Suit 2010-06881 Jud

**Parcel Address:**   2113  BASTROP ST
**Print Date:**       11/01/2013       **Printed By:**  LBCSOMOZA
**2013 Value:**       $79,454

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this ___/3___ day of ___Nov___ 20/3

**MIKE SULLIVAN**
**Tax Assessor-Collector**
**Harris County Texas**

By _____
   Deputy



MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

# HARRIS COUNTY
# EXHIBIT A

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**Account No: 019-190-000-0006**

As of Date: 11/01/2013  APPR. DIST#: 0191900000006
Cause No: 2013-16814 Suit

Legal Acres: .3545
Parcel Address: 0 STUART ST
Print Date: 11/01/2013  Printed By: LBCSOMOZA
2013 Value: $339,680

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2004 | $270,200 | 1 | $2,592.30 | $4,189.15 | $0.00 | $6,781.45 |
| | | 40 | $648.25 | $1,047.58 | $0.00 | $1,695.83 |
| | | 41 | $53.79 | $86.92 | $0.00 | $140.71 |
| | | 42 | $27.12 | $43.82 | $0.00 | $70.94 |
| | | 43 | $308.37 | $498.33 | $0.00 | $806.70 |
| | | 44 | $10.20 | $16.49 | $0.00 | $26.69 |
| | | 48 | $155.60 | $251.45 | $0.00 | $407.05 |
| | | 61 | $1,053.78 | $1,702.91 | $0.00 | $2,756.69 |
| **Subtotals for 2004:** | | | **$4,849.41** | **$7,836.65** | **$0.00** | **$12,686.06** |
| 2005 | $285,640 | 1 | $2,899.17 | $4,267.58 | $0.00 | $7,166.75 |
| | | 40 | $709.15 | $1,026.85 | $0.00 | $1,736.00 |
| | | 41 | $58.92 | $85.32 | $0.00 | $144.24 |
| | | 42 | $26.14 | $37.86 | $0.00 | $64.00 |
| | | 43 | $340.80 | $493.48 | $0.00 | $834.28 |
| | | 44 | $11.15 | $16.15 | $0.00 | $27.30 |
| | | 48 | $169.84 | $245.92 | $0.00 | $415.76 |
| | | 61 | $1,148.34 | $1,662.79 | $0.00 | $2,811.13 |
| **Subtotals for 2005:** | | | **$5,363.51** | **$7,835.95** | **$0.00** | **$13,199.46** |
| 2006 | $308,800 | 1 | $2,962.02 | $3,933.56 | $0.00 | $6,895.58 |
| | | 40 | $807.67 | $1,072.59 | $0.00 | $1,880.26 |
| | | 41 | $65.05 | $86.39 | $0.00 | $151.44 |
| | | 42 | $26.14 | $34.71 | $0.00 | $60.85 |
| | | 43 | $385.70 | $512.21 | $0.00 | $897.91 |
| | | 44 | $12.63 | $16.77 | $0.00 | $29.40 |
| | | 48 | $191.03 | $253.69 | $0.00 | $444.72 |
| | | 61 | $1,294.64 | $1,719.28 | $0.00 | $3,013.92 |
| **Subtotals for 2006:** | | | **$5,744.88** | **$7,629.20** | **$0.00** | **$13,374.08** |
| 2007 | $386,000 | 1 | $3,214.69 | $3,806.20 | $0.00 | $7,020.89 |
| | | 40 | $1,090.53 | $1,291.18 | $0.00 | $2,381.71 |
| | | 41 | $86.32 | $102.20 | $0.00 | $188.52 |
| | | 42 | $39.94 | $47.29 | $0.00 | $87.23 |
| | | 43 | $534.05 | $632.31 | $0.00 | $1,166.36 |
| | | 44 | $16.27 | $19.26 | $0.00 | $35.53 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX   77098-2807

**Legal Description:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

Legal Acres:      .3545

**Account No: 019-190-000-0006**

As of Date:   11/01/2013      APPR. DIST#: 0191900000006
Cause No :   2013-16814 Suit

Parcel Address:   0 STUART ST
Print Date:      11/01/2013      Printed By:  LBCSOMOZA
2013 Value:      $339,680

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2007 | | 48 | $256.89 | $304.16 | $0.00 | $561.05 |
| | | 61 | $1,789.11 | $2,118.31 | $0.00 | $3,907.42 |
| **Subtotals for 2007:** | | | **$7,027.80** | **$8,320.91** | **$0.00** | **$15,348.71** |
| 2008 | $463,200 | 1 | $4,105.18 | $4,269.39 | $0.00 | $8,374.57 |
| | | 40 | $1,381.39 | $1,436.64 | $0.00 | $2,818.03 |
| | | 41 | $109.52 | $113.90 | $0.00 | $223.42 |
| | | 42 | $62.93 | $65.45 | $0.00 | $128.38 |
| | | 43 | $681.99 | $709.27 | $0.00 | $1,391.26 |
| | | 44 | $20.73 | $21.56 | $0.00 | $42.29 |
| | | 48 | $328.04 | $341.16 | $0.00 | $669.20 |
| | | 61 | $2,266.95 | $2,357.63 | $0.00 | $4,624.58 |
| **Subtotals for 2008:** | | | **$8,956.73** | **$9,315.00** | **$0.00** | **$18,271.73** |
| 2009 | $200,000 | 1 | $1,060.75 | $950.44 | $0.00 | $2,011.19 |
| | | 40 | $359.70 | $322.30 | $0.00 | $682.00 |
| | | 41 | $26.80 | $24.01 | $0.00 | $50.81 |
| | | 42 | $15.00 | $13.44 | $0.00 | $28.44 |
| | | 43 | $176.22 | $157.90 | $0.00 | $334.12 |
| | | 44 | $5.55 | $4.97 | $0.00 | $10.52 |
| | | 48 | $84.57 | $75.77 | $0.00 | $160.34 |
| | | 61 | $585.76 | $524.84 | $0.00 | $1,110.60 |
| **Subtotals for 2009:** | | | **$2,314.35** | **$2,073.67** | **$0.00** | **$4,388.02** |
| 2011 | $225,000 | 1 | $289.18 | $175.82 | $0.00 | $465.00 |
| | | 40 | $97.79 | $59.46 | $0.00 | $157.25 |
| | | 41 | $7.02 | $4.27 | $0.00 | $11.29 |
| | | 42 | $4.64 | $2.82 | $0.00 | $7.46 |
| | | 43 | $48.04 | $29.20 | $0.00 | $77.24 |
| | | 44 | $1.65 | $1.00 | $0.00 | $2.65 |
| | | 48 | $24.30 | $14.77 | $0.00 | $39.07 |
| | | 61 | $159.69 | $97.09 | $0.00 | $256.78 |
| **Subtotals for 2011:** | | | **$632.31** | **$384.43** | **$0.00** | **$1,016.74** |
| 2012 | $478,640 | 1 | $4,987.63 | $2,314.26 | $0.00 | $7,301.89 |
| | | 40 | $1,725.69 | $800.72 | $0.00 | $2,526.41 |
| | | 41 | $121.12 | $56.20 | $0.00 | $177.32 |

.1.88



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

| Certified Owner: | Legal Description: |
|---|---|
| COHEN JAY H | LTS 6 & 7 & TRS 8A & 12 BLK 6 |
| 1715 W ALABAMA ST OFC 2 | HOLMAN OUTLOT 40 |
| HOUSTON, TX   77098-2807 | |

**Account No: 019-190-000-0006**

As of Date:   11/01/2013      APPR. DIST#: 0191900000006

Cause No : 2013-16814 Suit

Legal Acres:      .3545
Parcel Address:   0 STUART ST
Print Date:       11/01/2013        Printed By:  LBCSOMOZA
2013 Value:       $339,680

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2012 | | 42 | $84.17 | $39.06 | $0.00 | $123.23 |
| | | 43 | $785.46 | $364.45 | $0.00 | $1,149.91 |
| | | 44 | $28.53 | $13.24 | $0.00 | $41.77 |
| | | 48 | $419.01 | $194.42 | $0.00 | $613.43 |
| | | 61 | $2,754.25 | $1,277.98 | $0.00 | $4,032.23 |
| **Subtotals for 2012:** | | | **$10,905.86** | **$5,060.33** | **$0.00** | **$15,966.19** |

**TOTAL AMOUNT DUE:**        **$45,794.85**        **$48,456.14**        **$0.00**        **$94,250.99**

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $22,110.92 | $23,906.40 | $0.00 | $46,017.32 |
| 40 | $6,820.17 | $7,057.32 | $0.00 | $13,877.49 |
| 41 | $528.54 | $559.21 | $0.00 | $1,087.75 |
| 42 | $286.08 | $284.45 | $0.00 | $570.53 |
| 43 | $3,260.63 | $3,397.15 | $0.00 | $6,657.78 |
| 44 | $106.71 | $109.44 | $0.00 | $216.15 |
| CW Total    40 - 44 | $11,002.13 | $11,407.57 | $0.00 | $22,409.70 |
| 48 | $1,629.28 | $1,681.34 | $0.00 | $3,310.62 |
| 61 | $11,052.52 | $11,460.83 | $0.00 | $22,513.35 |
| **TOTAL AMOUNT DUE:** | **$45,794.85** | **$48,456.14** | **$0.00** | **$94,250.99** |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX   77098-2807

**Account No: 019-190-000-0006**

As of Date:   11/01/2013      APPR. DIST#: 0191900000006
Cause No :   2013-16814 Suit

**Legal Description:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

Legal Acres:    .3545
Parcel Address:   0  STUART ST
Print Date:      11/01/2013      Printed By:  LBCSOMOZA
2013 Value:      $339,680

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this _13_ day of __Nov__ 20_13_

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas
By _____
Deputy

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**

**EXHIBIT A**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX   77098-2807

**Legal Description:**
LT 3 BLK 34
WASHINGTON TERRACE

**Account No: 061-168-034-0003**
As of Date:   11/01/2013      APPR. DIST#: 0611680340003
Cause No :   2013-16814 Sui

Legal Acres:      .1326
Parcel Address:   3010  ALABAMA ST
Print Date:       11/01/2013       Printed By:   LBCSOMOZA
2013 Value:        $31,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2004 | $16,330 | 1 | $62.52 | $101.03 | $0.00 | $163.55 |
|      |         | 40 | $15.64 | $25.28 | $0.00 | $40.92 |
|      |         | 41 | $1.30 | $2.10 | $0.00 | $3.40 |
|      |         | 42 | $0.65 | $1.05 | $0.00 | $1.70 |
|      |         | 43 | $7.44 | $12.02 | $0.00 | $19.46 |
|      |         | 44 | $0.25 | $0.41 | $0.00 | $0.66 |
|      |         | 48 | $3.75 | $6.07 | $0.00 | $9.82 |
|      |         | 61 | $25.42 | $41.08 | $0.00 | $66.50 |
| **Subtotals for 2004:** | | | **$116.97** | **$189.04** | **$0.00** | **$306.01** |
| 2005 | $25,988 | 1 | $222.41 | $327.38 | $0.00 | $549.79 |
|      |         | 40 | $54.16 | $79.72 | $0.00 | $133.88 |
|      |         | 41 | $4.50 | $6.62 | $0.00 | $11.12 |
|      |         | 42 | $2.00 | $2.94 | $0.00 | $4.94 |
|      |         | 43 | $26.03 | $38.31 | $0.00 | $64.34 |
|      |         | 44 | $0.84 | $1.24 | $0.00 | $2.08 |
|      |         | 48 | $12.97 | $19.09 | $0.00 | $32.06 |
|      |         | 61 | $87.70 | $129.09 | $0.00 | $216.79 |
| **Subtotals for 2005:** | | | **$410.61** | **$604.39** | **$0.00** | **$1,015.00** |
| 2006 | $37,538 | 1 | $312.97 | $415.62 | $0.00 | $728.59 |
|      |         | 40 | $85.34 | $113.33 | $0.00 | $198.67 |
|      |         | 41 | $6.88 | $9.14 | $0.00 | $16.02 |
|      |         | 42 | $2.76 | $3.66 | $0.00 | $6.42 |
|      |         | 43 | $40.75 | $54.12 | $0.00 | $94.87 |
|      |         | 44 | $1.33 | $1.77 | $0.00 | $3.10 |
|      |         | 48 | $20.19 | $26.81 | $0.00 | $47.00 |
|      |         | 61 | $136.79 | $181.65 | $0.00 | $318.44 |
| **Subtotals for 2006:** | | | **$607.01** | **$806.10** | **$0.00** | **$1,413.11** |
| 2007 | $46,200 | 1 | $345.51 | $409.09 | $0.00 | $754.60 |
|      |         | 40 | $117.20 | $138.76 | $0.00 | $255.96 |
|      |         | 41 | $9.28 | $10.99 | $0.00 | $20.27 |
|      |         | 42 | $4.29 | $5.08 | $0.00 | $9.37 |
|      |         | 43 | $57.40 | $67.96 | $0.00 | $125.36 |
|      |         | 44 | $1.74 | $2.06 | $0.00 | $3.80 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**
LT 3 BLK 34
WASHINGTON TERRACE

| | |
|---|---|
| **Legal Acres:** | .1326 |

**Account No: 061-168-034-0003**

| | | | | |
|---|---|---|---|---|
| **As of Date:** | 11/01/2013 | **APPR. DIST#:** 0611680340003 | **Parcel Address:** | 3010 ALABAMA ST |
| **Cause No:** | 2013-16814 | | **Print Date:** | 11/01/2013 | **Printed By:** LBCSOMOZA |
| | | | **2013 Value:** | $31,500 |

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $1,293.59 | $1,592.09 | $0.00 | $2,885.68 |
| 40 | $390.64 | $471.56 | $0.00 | $862.20 |
| 41 | $31.05 | $37.67 | $0.00 | $68.72 |
| 42 | $14.85 | $17.73 | $0.00 | $32.58 |
| 43 | $189.80 | $228.72 | $0.00 | $418.52 |
| 44 | $5.98 | $7.24 | $0.00 | $13.22 |
| CW Total 40 - 44 | $632.32 | $762.92 | $0.00 | $1,395.24 |
| 48 | $92.47 | $111.72 | $0.00 | $204.19 |
| 61 | $635.59 | $766.69 | $0.00 | $1,402.28 |
| **TOTAL AMOUNT DUE:** | **$2,653.97** | **$3,233.42** | **$0.00** | **$5,887.39** |

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this _13_ day of _Nov_ 20 _13_

**MIKE SULLIVAN**
**Tax Assessor-Collector**
**Harris County Texas**

By _____
   Deputy

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**
**EXHIBIT A**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**

As of Date:  11/01/2013    APPR. DIST#: 0192680000010
Cause No :  2013-16814 Suit

Legal Acres:  .1148
Parcel Address:  2311  WHEELER ST
Print Date:  11/01/2013    Printed By:  LBCSOMOZA
2013 Value:  $37,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2006 | $32,500 | 1 | $239.79 | $318.44 | $0.00 | $558.23 |
| | | 40 | $65.39 | $86.84 | $0.00 | $152.23 |
| | | 41 | $5.26 | $6.98 | $0.00 | $12.24 |
| | | 42 | $2.11 | $2.80 | $0.00 | $4.91 |
| | | 43 | $31.22 | $41.46 | $0.00 | $72.68 |
| | | 44 | $1.04 | $1.38 | $0.00 | $2.42 |
| | | 48 | $15.46 | $20.53 | $0.00 | $35.99 |
| | | 61 | $104.81 | $139.19 | $0.00 | $244.00 |
| **Subtotals for 2006:** | | | **$465.08** | **$617.62** | **$0.00** | **$1,082.70** |
| 2007 | $25,000 | 1 | $101.21 | $119.83 | $0.00 | $221.04 |
| | | 40 | $34.34 | $40.66 | $0.00 | $75.00 |
| | | 41 | $2.72 | $3.22 | $0.00 | $5.94 |
| | | 42 | $1.26 | $1.49 | $0.00 | $2.75 |
| | | 43 | $16.81 | $19.90 | $0.00 | $36.71 |
| | | 44 | $0.51 | $0.61 | $0.00 | $1.12 |
| | | 48 | $8.09 | $9.57 | $0.00 | $17.66 |
| | | 61 | $56.33 | $66.69 | $0.00 | $123.02 |
| **Subtotals for 2007:** | | | **$221.27** | **$261.97** | **$0.00** | **$483.24** |
| 2008 | $30,000 | 1 | $158.67 | $165.02 | $0.00 | $323.69 |
| | | 40 | $53.39 | $55.52 | $0.00 | $108.91 |
| | | 41 | $4.24 | $4.41 | $0.00 | $8.65 |
| | | 42 | $2.43 | $2.53 | $0.00 | $4.96 |
| | | 43 | $26.36 | $27.41 | $0.00 | $53.77 |
| | | 44 | $0.81 | $0.85 | $0.00 | $1.66 |
| | | 48 | $12.68 | $13.19 | $0.00 | $25.87 |
| | | 61 | $87.62 | $91.12 | $0.00 | $178.74 |
| **Subtotals for 2008:** | | | **$346.20** | **$360.05** | **$0.00** | **$706.25** |
| 2009 | $30,000 | 1 | $158.68 | $142.17 | $0.00 | $300.85 |
| | | 40 | $53.81 | $48.21 | $0.00 | $102.02 |
| | | 41 | $4.01 | $3.60 | $0.00 | $7.61 |
| | | 42 | $2.24 | $2.01 | $0.00 | $4.25 |
| | | 43 | $26.36 | $23.62 | $0.00 | $49.98 |
| | | 44 | $0.83 | $0.74 | $0.00 | $1.57 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**

As of Date:  11/01/2013    APPR. DIST#: 0192680000010
Cause No :  2013-16814 Suit

**Legal Acres:**    .1148
**Parcel Address:**  2311  WHEELER ST
**Print Date:**   11/01/2013    **Printed By:**  LBCSOMOZA
**2013 Value:**    $37,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2009 |                 | 48        | $12.65       | $11.34               | $0.00           | $23.99 |
|      |                 | 61        | $87.63       | $78.52               | $0.00           | $166.15 |
| **Subtotals for 2009:** | | | **$346.21** | **$310.21** | **$0.00** | **$656.42** |
| 2010 | $32,500         | 1         | $28.94       | $21.76               | $0.00           | $50.70 |
|      |                 | 40        | $9.70        | $7.29                | $0.00           | $16.99 |
|      |                 | 41        | $0.73        | $0.55                | $0.00           | $1.28 |
|      |                 | 42        | $0.51        | $0.38                | $0.00           | $0.89 |
|      |                 | 43        | $4.80        | $3.61                | $0.00           | $8.41 |
|      |                 | 44        | $0.17        | $0.13                | $0.00           | $0.30 |
|      |                 | 48        | $2.30        | $1.73                | $0.00           | $4.03 |
|      |                 | 61        | $15.96       | $12.00               | $0.00           | $27.96 |
| **Subtotals for 2010:** | | | **$63.11** | **$47.45** | **$0.00** | **$110.56** |
| 2011 | $32,500         | 1         | $28.92       | $17.58               | $0.00           | $46.50 |
|      |                 | 40        | $9.78        | $5.95                | $0.00           | $15.73 |
|      |                 | 41        | $0.70        | $0.43                | $0.00           | $1.13 |
|      |                 | 42        | $0.46        | $0.28                | $0.00           | $0.74 |
|      |                 | 43        | $4.80        | $2.92                | $0.00           | $7.72 |
|      |                 | 44        | $0.17        | $0.11                | $0.00           | $0.28 |
|      |                 | 48        | $2.43        | $1.48                | $0.00           | $3.91 |
|      |                 | 61        | $15.97       | $9.71                | $0.00           | $25.68 |
| **Subtotals for 2011:** | | | **$63.23** | **$38.46** | **$0.00** | **$101.69** |
| 2012 | $37,500         | 1         | $250.83      | $116.38              | $0.00           | $367.21 |
|      |                 | 40        | $86.79       | $40.27               | $0.00           | $127.06 |
|      |                 | 41        | $6.09        | $2.83                | $0.00           | $8.92 |
|      |                 | 42        | $4.23        | $1.96                | $0.00           | $6.19 |
|      |                 | 43        | $39.50       | $18.33               | $0.00           | $57.83 |
|      |                 | 44        | $1.43        | $0.66                | $0.00           | $2.09 |
|      |                 | 48        | $21.07       | $9.78                | $0.00           | $30.85 |
|      |                 | 61        | $138.51      | $64.27               | $0.00           | $202.78 |
| **Subtotals for 2012:** | | | **$548.45** | **$254.48** | **$0.00** | **$802.93** |
| **TOTAL AMOUNT DUE:** | | | **$2,053.55** | **$1,890.24** | **$0.00** | **$3,943.79** |



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**
LT 10 BLK 6
HOLMAN OUTLOT 65

**Legal Acres:** .1148
**Parcel Address:** 2311 WHEELER ST

**Account No: 019-268-000-0010**

**As of Date:** 11/01/2013  **APPR. DIST#:** 0192680000010
**Cause No :** 2013-16814 Suit

**Print Date:** 11/01/2013  **Printed By:** LBCSOMOZA
**2013 Value:** $37,500

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $967.04 | $901.18 | $0.00 | $1,868.22 |
| 40 | $313.20 | $284.74 | $0.00 | $597.94 |
| 41 | $23.75 | $22.02 | $0.00 | $45.77 |
| 42 | $13.24 | $11.45 | $0.00 | $24.69 |
| 43 | $149.85 | $137.25 | $0.00 | $287.10 |
| 44 | $4.96 | $4.48 | $0.00 | $9.44 |
| CW Total  40 - 44 | $505.00 | $459.94 | $0.00 | $964.94 |
| 48 | $74.68 | $67.62 | $0.00 | $142.30 |
| 61 | $506.83 | $461.50 | $0.00 | $968.33 |
| **TOTAL AMOUNT DUE:** | **$2,053.55** | **$1,890.24** | **$0.00** | **$3,943.79** |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**

LT 10 BLK 6
HOLMAN OUTLOT 65

**Legal Acres:**    .1148
**Parcel Address:**   2311  WHEELER ST

**Account No: 019-268-000-0010**

As of Date:    11/01/2013     APPR. DIST#: 0192680000010
Cause No :  2013-16814 Suit

**Print Date:**      11/01/2013       **Printed By:**  LBCSOMOZA
**2013 Value:**      $37,500

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this __13__ day of __Nov__ 20__13__

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By _____
    Deputy

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**HARRIS COUNTY**

**EXHIBIT A**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

| | |
|---|---|
| **Legal Acres:** | .1435 |

**Account No: 019-203-001-0009**

| | | | |
|---|---|---|---|
| **As of Date:** | 11/01/2013 | **APPR. DIST#:** 0192030010009 | **Parcel Address:** 3506 NAGLE ST |
| **Cause No :** | 2013-16814 Suit | | |

**Print Date:** 11/01/2013  **Printed By:** LBCSOMOZA
**2013 Value:** $50,000

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2006 | $34,375 | 1 | $184.46 | $244.96 | $0.00 | $429.42 |
| | | 40 | $50.30 | $66.80 | $0.00 | $117.10 |
| | | 41 | $4.05 | $5.38 | $0.00 | $9.43 |
| | | 42 | $1.63 | $2.16 | $0.00 | $3.79 |
| | | 43 | $24.02 | $31.90 | $0.00 | $55.92 |
| | | 44 | $0.78 | $1.03 | $0.00 | $1.81 |
| | | 48 | $11.90 | $15.81 | $0.00 | $27.71 |
| | | 61 | $80.63 | $107.07 | $0.00 | $187.70 |
| **Subtotals for 2006:** | | | **$357.77** | **$475.11** | **$0.00** | **$832.88** |
| 2007 | $34,250 | 1 | $143.14 | $169.47 | $0.00 | $312.61 |
| | | 40 | $48.55 | $57.48 | $0.00 | $106.03 |
| | | 41 | $3.84 | $4.55 | $0.00 | $8.39 |
| | | 42 | $1.78 | $2.11 | $0.00 | $3.89 |
| | | 43 | $23.78 | $28.16 | $0.00 | $51.94 |
| | | 44 | $0.72 | $0.85 | $0.00 | $1.57 |
| | | 48 | $11.44 | $13.54 | $0.00 | $24.98 |
| | | 61 | $79.66 | $94.32 | $0.00 | $173.98 |
| **Subtotals for 2007:** | | | **$312.91** | **$370.48** | **$0.00** | **$683.39** |
| 2008 | $31,250 | 1 | $107.94 | $112.26 | $0.00 | $220.20 |
| | | 40 | $36.32 | $37.77 | $0.00 | $74.09 |
| | | 41 | $2.88 | $3.00 | $0.00 | $5.88 |
| | | 42 | $1.66 | $1.72 | $0.00 | $3.38 |
| | | 43 | $17.93 | $18.65 | $0.00 | $36.58 |
| | | 44 | $0.54 | $0.56 | $0.00 | $1.10 |
| | | 48 | $8.62 | $8.96 | $0.00 | $17.58 |
| | | 61 | $59.60 | $61.98 | $0.00 | $121.58 |
| **Subtotals for 2008:** | | | **$235.49** | **$244.90** | **$0.00** | **$480.39** |
| 2009 | $43,750 | 1 | $252.54 | $226.27 | $0.00 | $478.81 |
| | | 40 | $85.63 | $76.73 | $0.00 | $162.36 |
| | | 41 | $6.38 | $5.72 | $0.00 | $12.10 |
| | | 42 | $3.57 | $3.20 | $0.00 | $6.77 |
| | | 43 | $41.95 | $37.59 | $0.00 | $79.54 |
| | | 44 | $1.32 | $1.19 | $0.00 | $2.51 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Legal Acres:**     .1435

**Account No: 019-203-001-0009**

**Parcel Address:**  3506  NAGLE ST

As of Date:   11/01/2013     APPR. DIST#: 0192030010009

Cause No :  2013-16814 Suit

**Print Date:**   11/01/2013        **Printed By:**  LBCSOMOZA

**2013 Value:**      $50,000

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2009 | | 48 | $20.13 | $18.04 | $0.00 | $38.17 |
| | | 61 | $139.45 | $124.95 | $0.00 | $264.40 |
| **Subtotals for 2009:** | | | **$550.97** | **$493.69** | **$0.00** | **$1,044.66** |
| 2010 | $45,313 | 1 | $18.08 | $13.60 | $0.00 | $31.68 |
| | | 40 | $6.07 | $4.56 | $0.00 | $10.63 |
| | | 41 | $0.45 | $0.34 | $0.00 | $0.79 |
| | | 42 | $0.33 | $0.25 | $0.00 | $0.58 |
| | | 43 | $3.00 | $2.26 | $0.00 | $5.26 |
| | | 44 | $0.10 | $0.08 | $0.00 | $0.18 |
| | | 48 | $1.45 | $1.09 | $0.00 | $2.54 |
| | | 61 | $9.98 | $7.50 | $0.00 | $17.48 |
| **Subtotals for 2010:** | | | **$39.46** | **$29.68** | **$0.00** | **$69.14** |
| 2011 | $45,313 | 1 | $18.09 | $11.00 | $0.00 | $29.09 |
| | | 40 | $6.11 | $3.72 | $0.00 | $9.83 |
| | | 41 | $0.44 | $0.27 | $0.00 | $0.71 |
| | | 42 | $0.29 | $0.18 | $0.00 | $0.47 |
| | | 43 | $3.00 | $1.82 | $0.00 | $4.82 |
| | | 44 | $0.10 | $0.06 | $0.00 | $0.16 |
| | | 48 | $1.51 | $0.91 | $0.00 | $2.42 |
| | | 61 | $9.99 | $6.08 | $0.00 | $16.07 |
| **Subtotals for 2011:** | | | **$39.53** | **$24.04** | **$0.00** | **$63.57** |
| 2012 | $56,250 | 1 | $467.71 | $217.02 | $0.00 | $684.73 |
| | | 40 | $161.83 | $75.09 | $0.00 | $236.92 |
| | | 41 | $11.36 | $5.27 | $0.00 | $16.63 |
| | | 42 | $7.89 | $3.67 | $0.00 | $11.56 |
| | | 43 | $73.66 | $34.18 | $0.00 | $107.84 |
| | | 44 | $2.67 | $1.24 | $0.00 | $3.91 |
| | | 48 | $39.29 | $18.23 | $0.00 | $57.52 |
| | | 61 | $258.28 | $119.84 | $0.00 | $378.12 |
| **Subtotals for 2012:** | | | **$1,022.69** | **$474.54** | **$0.00** | **$1,497.23** |
| **TOTAL AMOUNT DUE:** | | | **$2,558.82** | **$2,112.44** | **$0.00** | **$4,671.26** |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**
LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Legal Acres:** .1435
**Parcel Address:** 3506 NAGLE ST

**Account No: 019-203-001-0009**
**As of Date:** 11/01/2013 **APPR. DIST#:** 0192030010009
**Cause No:** 2013-16814 Suit

**Print Date:** 11/01/2013 **Printed By:** LBCSOMOZA
**2013 Value:** $50,000

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |

| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $1,191.96 | $994.58 | $0.00 | $2,186.54 |
| 40 | $394.81 | $322.15 | $0.00 | $716.96 |
| 41 | $29.40 | $24.53 | $0.00 | $53.93 |
| 42 | $17.15 | $13.29 | $0.00 | $30.44 |
| 43 | $187.34 | $154.56 | $0.00 | $341.90 |
| 44 | $6.23 | $5.01 | $0.00 | $11.24 |
| CW Total 40 - 44 | $634.93 | $519.54 | $0.00 | $1,154.47 |
| 48 | $94.34 | $76.58 | $0.00 | $170.92 |
| 61 | $637.59 | $521.74 | $0.00 | $1,159.33 |
| **TOTAL AMOUNT DUE:** | **$2,558.82** | **$2,112.44** | **$0.00** | **$4,671.26** |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Account No: 019-203-001-0009**

As of Date:   11/01/2013      APPR. DIST#: 0192030010009
Cause No :  2013-16814 Suit

**Legal Acres:**      .1435
**Parcel Address:**   3506  NAGLE ST
**Print Date:**       11/01/2013      Printed By:  LBCSOMOZA
**2013 Value:**       $50,000

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this __13__ day of __NOV__ 20 _13_

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By _____
   Deputy



**SUIT NO. 2013-16814**

| | | |
|---|---|---|
| **MIDTOWN MANAGEMENT DISTRICT** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **133RD JUDICIAL DISTRICT** |
| | § | |
| **JAY H. COHEN** | § | **HARRIS COUNTY, TEXAS** |

**AFFIDAVIT FOR ATTORNEY FEES FOR COLLECTION
OF SPECIAL ASSESSMENT LIENS**

Before me, the undersigned notary, on this day personally appeared **Angelica M. Hernandez**, and upon being duly sworn by me, deposes and says:

1. My name is **Angelica M. Hernandez.** I am over the age of 18 years, of sound mind, and capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in the State of Texas. I am employed by the firm of Linebarger Goggan Blair & Sampson, LLP, hereafter referred to as the Firm. The Firm represents the City of Houston, hereafter referred to as City, which is a plaintiff or intervenor in this cause of action. It was necessary for the City to retain the Firm to represent the City in this cause of action. The Firm is qualified and experienced in the collection of governmental receivables such as the Special Assessment Liens at issue herein.

3. The City has agreed to compensate the Firm on a contingent fee basis with respect to the collection of Special Assessment Liens. In my opinion, the reasonable amount of attorney fees for the services provided in this cause of action related to the collection of the Special Assessment Liens is **$500.38** which amount is 20% of the special assessment lien amount.

4. The fee set forth above is commensurate with amounts customarily charged in this area for the same or similar services performed by attorneys with my experience, reputation and ability, considering the nature and length of the Firm's relationship with the City, the nature of the controversy and the results obtained.

_____
Angelica M. Hernandez
State Bar No. 00797872

Sworn to and subscribed before me, the undersigned notary, on the 15th day of November, 2013.

_____
Notary Public, State of Texas

CELINA SOMOZA
Notary Public
STATE OF TEXAS
My Comm. Exp. November 15, 2016



**HCAD:**        019-190-000-0006

**Lien Numbers:**   H-010001431, H-015025021


I, Larry Carroll , Division Manager with the City of Houston, Texas, Department of Neighborhoods, Inspections and Public Service, certify that this is a true and correct copy of the original record of the City of Houston, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of *November 8, 2013*
the City of Houston, this _____.


Larry Carroll, Division Manager
Department of Neighborhoods, Inspections and Public Service
City of Houston, Texas


**In accordance with Texas Government Code 406.013, electronically transmitted authenticated documents are valid.**

**CITY OF HOUSTON**
**C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**P.O. BOX 1586**
**HOUSTON, TX 77251**
**(713) 844-3573**

**OWNER NAME AND ADDRESS**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

CAD NUMBER: 019-190-000-0006
DATE OF NOTICE: 11/07/2013
PAYMENT DUE DATE: 11/30/2013

**PROPERTY LOCATION:**

0 STUART ST

| | |
|---|---|
| PRINCIPAL AMOUNT OWED: | 1,519.69 |
| PRINCIPAL AMOUNT DUE: | 1,519.69 |
| INTEREST AMOUNT DUE: | 982.19 |
| COLLECTION COST DUE: | 500.38 |
| OTHER CHARGES DUE: | 169.16 |
| **TOTAL DUE IF PAID BY 11/30/2013** | **3,171.42** |

**PROPERTY LEGAL DESCRIPTION:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**LIST OF LIENS:**

H-010001431: 1,403.37
H-015025021: 1,768.05

**TOTAL LIENS:** 2

_____Return bottom portion with your payment_____

**CAD #** _____

019-190-000-0006

**TOTAL DUE IF PAID BY** _____

| | |
|---|---|
| **11/30/2013** | **3,171.42** |
| **12/31/2013** | **3,186.61** |
| **01/31/2014** | **3,201.80** |

AMOUNT OF CHECK: _____

DO NOT SEND CASH:
MAKE CHECKS PAYABLE TO:

_____

CITY OF HOUSTON
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P. O. BOX 1586
HOUSTON, TEXAS 77251
ATTENTION: LIEN DEPT.

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

STATE OF TEXAS    )
                  )
COUNTY OF HARRIS )


    I, Darlene Stein, Official Court Reporter in and for the 133rd District Court of Harris, State of Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the Trial in the above-entitled and numbered cause as set out herein before the Honorable Jaclanel McFarland, Judge of the 133rd District Court of Harris County, State of Texas, and a hearing held on November 15, 2013.

    I further certify that the total cost for the preparation of the Reporter's Record is $131.00 and was paid by Mr. George F. May.

    WITNESS MY OFFICIAL HAND on this 28th day of January, 2015.

                        /s/Darlene Stein
                        Darlene Stein, CSR
                        Texas CSR 2557
                        Official Court Reporter
                        133rd District Court
                        Harris County, Texas
                        201 Caroline
                        Houston, Texas 77002
                        Telephone:  (713) 368-6204
                        Expiration:  12/31/2016

DARLENE STEIN